UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STEVEN RODGERS,

                Plaintiff,

    v.

CITY OF RENTON ET AL.,

                Defendants.

CASE NO. 2:26-cv-00293-JHC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

(1) On April 30, 2026, Plaintiff moved for "Clerk's Entry of Default as to Shawn McCully and Valley Defenders PLLC." Dkt. # 26. As of today's date, Defendants Shawn McCully and Valley Defenders PLLC have yet to plead or otherwise defend. *See generally* Dkt. Defendants Shawn McCully and Valley Defenders PLLC are thus ORDERED to show cause on or before **May 15, 2026**, as to why default should not be entered against them in this action. *See* LCR 55(a); Fed. R. Civ. P. 55(a).

(2) The Clerk is DIRECTED to forward a copy of this Order to all counsel of record, and to re-note Plaintiff's motion at Dkt. # 26 to May 15, 2026.

//

MINUTE ORDER - 1

Dated this 4th day of May 2026.

Joshua C. Lewis
Clerk

*/s/Ashleigh Drecktrah*
Deputy Clerk

MINUTE ORDER - 2