IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN RODGERS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF RENTON, et al.,<br><br>Defendants. | CASE NO. 2:26-cv-00293-JHC<br><br>ORDER GRANTING DEFENDANTS SHAWN MCCULLY AND VALLEY DEFENDERS, PLLC'S MOTION TO EXTEND TIME TO FILE ANSWER |

Before the Court is Defendants Shawn McCully and Valley Defenders, PLLC's Motion to Extend Time to File Answer.  Dkt. # 30.  No timely opposition to the motion was filed.  For the reasons presented, the Court GRANTS the motion.  The Court ORDERS that Defendants Shawn McCully and Valley Defenders, PLLC'S Answer and Affirmative Defenses to Plaintiff's First Amended Complaint at Dkt. # 33 is hereby deemed timely filed.

DATED this 22nd day of May, 2026.

_____
John H. Chun
United States District Judge

ORDER GRANTING DEFENDANTS SHAWN
MCCULLY AND VALLEY DEFENDERS, PLLC'S
MOTION TO EXTEND TIME TO FILE ANSWER
(Case No. 2:26-cv-00293-JHC) - 1