UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STEVEN RODGERS,

        Plaintiff,

    v.

CITY OF RENTON ET AL.,

        Defendants.

CASE NO. 2:26-cv-00293-JHC

ORDER

This matter comes before the Court on "Plaintiff's Motion for Leave to Exceed Word Limit Pursuant to LCR 7(f)."  Dkt. # 45.  Motions of this kind are disfavored.  *See* LCR 7(f). And while the Court acknowledges Plaintiff's concerns regarding "the complexity of this case and the number of defendants" involved, it does not find that Plaintiff has presented a compelling reason to file an over-length Memorandum of Law in support of his motion for summary judgment.  It thus DENIES Plaintiff's motion (Dkt. # 45).

The Court also DIRECTS the Clerk to strike Plaintiff's Letter at Dkt. # 44, as it does not appear to require any action from the Court.  The Court also advises Plaintiff that most discovery procedures are designed to occur, and should occur, without court involvement.  It thus instructs Plaintiff to review the local and federal rules governing discovery and encourages him to pursue his current discovery conference request directly with Defendants and their counsel.

ORDER - 1

Dated this 16th day of July, 2026.

John H. Chun
United States District Judge

ORDER - 2