UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN RODGERS, | CASE NO. 2:26-cv-00293-JHC |
| Plaintiff, | ORDER |
| v. | |
| CITY OF RENTON ET AL., | |
| Defendants. | |

This matter comes before the Court on "Plaintiff's Renewed Motion for Leave to Exceed Word Limit Pursuant to LCR 7(f)." Dkt. # 47. This motion requests the same relief and essentially raises the same arguments as Plaintiff's earlier motion for leave to file an overlength brief, *see* Dkt. # 45, which the Court denied at Dkt. # 46. The Court thus construes the motion at Dkt. # 47 as a motion for reconsideration under LCR 7(h)(1).

Motions for reconsideration, however, are generally disfavored. *See Kona Enters., Inc. v. Est. of Bishop*, 229 F.3d 877, 890 (9th Cir. 2000); *see also* LCR 7(h)(1). District courts thus ordinarily deny motions for reconsideration "unless there is a showing of (a) manifest error in the ruling, or (b) facts or legal authority which could not have been brought to the attention of the court earlier, through reasonable diligence." *Munoz v. Locke*, 2013 WL 12177035, at *2 (W.D. Wash. Feb. 8, 2013) (citing LCR 7(h)(1)). "'[M]anifest error' is 'an error that is plain and

ORDER - 1

indisputable, and that amounts to a complete disregard of the controlling law or the credible evidence in the record.'" *Id.* (quoting *Black's Law Dictionary* (9th ed. 2009)). "'Mere disagreement with a previous order is an insufficient basis for reconsideration," *id*, and "reconsideration should not be used to ask the Court to 'rethink what it had already thought through—rightly or wrongly.'" *Innovative Sols. Int'l, Inc. v. Houlihan Trading Co.*, 2025 WL 1135037, at *1 (W.D. Wash. Apr. 17, 2025) (quoting *Wilcox v. Hamilton Constr., LLC*, 426 F. Supp. 3d 788, 791 (W.D. Wash. 2019)).

Here, Plaintiff has not made a showing of: (a) manifest error in the Court's Order at Dkt. # 46; or (b) facts or legal authority which could not have been brought to the Court's earlier attention through reasonable diligence. *See generally* Dkt. # 47. Plaintiff's motion at Dkt. # 47 thus fails to provide a proper basis for reconsideration, and so it is DENIED.

Dated this 17th day of July, 2026.

John H. Chun
United States District Judge

ORDER - 2