IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

STEVEN RODGERS, an individual,

Plaintiff,

v.

CITY OF RENTON, et al.,

Defendants.

CASE NO. 2:26-cv-00293-JHC

**ORDER GRANTING DEFENDANTS' MOTION TO COMPEL DISCOVERY RESPONSES**

THIS MATTER comes before the court on Defendants' Motion to Compel Discovery Responses. Dkt. # 50. The Court has considered the materials filed in support of and in opposition to the motion, the rest of the file, and the governing law. Being fully advised, the Court DENIES the parties' requests to strike and GRANTS the motion. Plaintiff shall provide complete responses to Defendants' First Set of Interrogatories and Requests for Production of Documents by Monday, August 31, 2026. Defendants' request for attorney fees and costs is DENIED. But Plaintiff, who is pro se, is warned that further failures to comply with the civil rules may result in awards of fees and costs against him.

DATED this 21st day of August, 2026.

John H. Chun

John H. Chun
United States District Judge